UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
MARY ELIZABETH MODICA,                                          :
                    Plaintiff,                      :      20-CV-4834 (JMF)
:
     v.                                                        :
:      <u>ORDER</u>
NEW YORK CITY DEPARTMENT OF                                     :
EDUCATION, *et al.*,                                            :
                    Defendants.                     :
:
---------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Clerk of Court is directed to mail ECF No. 9, the Mediation Referral Order issued on August 26, 2020, to Plaintiff.

SO ORDERED.

Dated:  August 27, 2020
           New York, New York

                                             JESSE M. FURMAN
                                   United States District Judge