UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MARY ELIZABETH MODICA,                                             :
:
                        Plaintiff,                              :                      20-CV-4834 (JMF)
:
                -v-                           :                        <u>ORDER</u>
:
NEW YORK CITY DEPARTMENT OF EDUCATION,                             :
et al.,                                                            :
:
                     Defendants.                         :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 13, 2021, Defendants filed a letter, ECF No. 20, stating that they intend to rely on their previously filed motion to dismiss, ECF Nos. 16 & 17, in response to Plaintiff's amended complaint, ECF No. 19.  The Court will treat the motion as having been made in connection with the amended complaint.  Plaintiff's opposition to Defendants' motion to dismiss is due by **February 10, 2021**.  Defendants' reply, if any, is due by **February 18, 2021**.

       Plaintiff has consented to receiving this Order through electronic service.  *See* ECF No. 4.

       SO ORDERED.

Dated: January 14, 2021
       New York, New York                                    _____
                                                               JESSE M. FURMAN
                                                            United States District Judge